IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:15-CR- 16 (LJA) |
| v. | : |
| JAMES RAY SAPP | : VIOLATION(S): 18 U.S.C. § 2422(b) |

THE GRAND JURY CHARGES:

## COUNT ONE

### (ATTEMPTED ENTICEMENT OF A MINOR)

That beginning on or about March 20, 2015, and continuing through March 21, 2015, in the Macon Division of the Middle District of Georgia, and elsewhere, the defendant,

**JAMES RAY SAPP**

using a means and facility of interstate commerce, that is, a Samsung mobile phone with an internet connection, did knowingly attempt to persuade, induce, entice, and coerce JH, a person whom defendant believed had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, to wit, a criminal offense under Georgia law, to wit, Child Molestation, in violation of O.C.G.A. § 16-4-4, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

### (ATTEMPTED ENTICEMENT OF A MINOR)

That beginning on or about February 15, 2015, and continuing through March 20, 2015, in the Macon Division of the Middle District of Georgia, and elsewhere, the Defendant,

### JAMES RAY SAPP

using a means and facility of interstate commerce, that is, a Samsung mobile phone with an internet connection, did knowingly attempt to persuade, induce, entice, and, coerce MD, a person whom defendant believed had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, to wit, a criminal offense under Georgia law, to wit, Child Molestation, in violation of O.C.G.A. § 16-4-4, all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

*/s/Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

GRAHAM A. THORPE
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 16th day of April, AD 2015.

_____
Deputy Clerk